UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 18-21581-CMB-13 |
| HARRY L. SHARP and Beth A. Sharp | Chapter 13 |
|     Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                     Bankr. Case No. 18-21581-CMB-13

HARRY L. SHARP and Beth A. Sharp                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 7, 2018 :

| | |
|---|---|
| ABAGALE E STEIDL<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx55057 / 955097