IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Harry L. Sharp | ) | |
| Beth A. Sharp, | ) | Case No. 18-21581 |
|     Debtors | ) | Chapter 13 |
| | ) | |
| Harry L. Sharp, | ) | Related to Document No. 34 |
| Social Security No. XXX-XX- 2696 | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Equipment Transport and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
|     Respondents | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 28, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Pilot Water
Attn: Payroll Dept.
1 Tyler Ct.
Carlisle, PA 17015

Harry L. Sharp
107 Fairview Ave.
Masontown, PA 15461

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    December 28, 2020    /s/ Abagale Steidl
    Abagale Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    asteidl@steidl-steinberg.com