IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Harry L. Sharp ) | |
| Beth A. Sharp, ) | Case No. 18-21581 |
| Debtors ) | Chapter 13 |
| ) | |
| Harry L. Sharp, ) | Related to Document No. 38 |
| Social Security No. XXX-XX- 2696 ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Equipment Transport and Ronda J. ) | |
| Winnecour, Trustee ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 26, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Pilot Travel Centers
Attn: Garnishment
Po Box 10146
Knoxville, TN 37939

Harry L. Sharp
107 Fairview Ave.
Masontown, PA 15461

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    January 26, 2021    /s/ Abagale Steidl
                                        Abagale Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        asteidl@steidl-steinberg.com