**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/11/2021

IN RE:

HARRY L. SHARP
BETH A. SHARP
107 FAIRVIEW AVE.
MASONTOWN, PA  15461
XXX-XX-4925          Debtor(s)

XXX-XX-5824

Case No.18-21581 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/11/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8804 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CENLAR/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY<br>PO BOX 77409*<br>EWING, NJ  08628 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  0.00<br>COMMENT:  500/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 5/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0704 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 2<br>CLAIM:  9,238.30<br>COMMENT:  $CL2GOVS@6%/PL*910CL/PL~12/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7299 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 4<br>CLAIM:  25,015.27<br>COMMENT:  $CL4GOVS@6%*910CL/PL*GM FINANCIAL/SCH | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5057 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 6   INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM:  1,485.04<br>COMMENT:  $CL5GOVS@6%/PL*910CL/PL*CL=1495.26*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8176 |
| **ALARM MONITORING SYSTEMS OF UNIONTOWN**<br>60D LEBANON AVE<br>UNIONTOWN, PA  15401 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3086 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM:  556.83<br>COMMENT:  8617~ALLIANCE ONE/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9996 |
| **AVON++**<br>1345 AVE OF THE AMERICAS<br>NEW YORK, NY  10105 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  651.24<br>COMMENT:  SYNCHRONY/CARE CREDIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8022 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 574.41<br>COMMENT: NO ACCT/SCH*SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5127 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3028 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br>NORWOOD, MA 02062 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1134 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br>NORWOOD, MA 02062 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1491 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 1,518.08<br>COMMENT: 9718/SCH*COMENITY/DENTAL FIRST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5890 |
| **FIDELITY**<br>TWO CONTRA WAY<br>MERRIMACK, NH 03054 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1751 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 724.32<br>COMMENT: X5410~GLOBAL CREDIT COLLECTIONS/SCH*SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4412 |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2144 |
| **JP RECOVERY SVC**<br>POB 16749<br>ROCKY RIVER, OH 44116-0749 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4618 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  1,142.88<br>COMMENT:  NO ACCT/SCH*MHC/FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7035 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  994.23<br>COMMENT:  4430/SCH*COMENITY/PEEBLES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6887 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  560.90<br>COMMENT:  NO ACCT/SCH*COMENITY/VICTORIA'S SECRET | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7003 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  685.26<br>COMMENT:  NO ACCT/SCH*COMENITY/LANE BRYANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2832 |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ  08003 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0622 |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ  08003 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8389 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  432.72<br>COMMENT:  7725/SCH*SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8804 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,335.39<br>COMMENT:  NO ACCT/SCH*SYNCHRONY/AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0984 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0840 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8544 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0875 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1807 |
| **PRESSLER FELT & WARSHAW LLP**<br>7 ENTIN RD<br><br>PARSIPPANY, NJ 07054-5020 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY<br>PO BOX 77409*<br>EWING, NJ 08628 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 68.56<br>COMMENT: $0/PL*THRU 4/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0704 |