IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Harry L. Sharp ) | |
| Beth A. Sharp, ) | Case No. 18-21581 CMB |
| *Debtors* ) | Chapter 13 |
| ) | |
| Harry L. Sharp, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 2696 ) | |
| *Movant* ) | |
| ) | re doc. 43 |
| *vs.* ) | |
| ) | |
| Pilot Water and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __1st__ day of __April__, 2021, it is hereby ORDERED, ADJUDGED and DECREED, that Pilot Water, Attn: Payroll Dept., 1 Tyler Ct., Carlisle, PA 17015, is hereby ordered to immediately terminate the attachment of the wages of Harry L. Sharp. No future payments are to be sent by Pilot Water to Ronda J. Winnecour, Trustee on behalf of Harry L. Sharp.

FILED
4/1/21 7:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21581-CMB |
| Harry L. Sharp | Chapter 13 |
| Beth A. Sharp | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | #+ | Beth A. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| | + | Pilot Water, atten Payroll, 1 Tyler Ct., Carlisle, PA 17015-7913 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | |

Case 18-21581-CMB    Doc 47    Filed 04/03/21    Entered 04/04/21 00:39:28    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com

Brian Nicholas

on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6