IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21581 CMB |
| | ) | Chapter 13 |
| Harry L. Sharp | ) | |
| Beth A. Sharp, | ) | Docket No. |
| *Debtor* | ) | |

### NOTICE OF CHANGE OF ADDRESS FOR WIFE DEBTOR

AND NOW, comes the Wife Debtor, Beth A. Sharp, by and through her attorney Abagale Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the Wife Debtor, Beth A. Sharp, had an address of 107 Fairview Ave., Masontown, PA 15461 .

2. The Wife Debtor has since moved and her new address is 4863 National Pike, Markleysburg, PA 15459 .

WHEREFORE, the Wife Debtor, Beth A. Sharp, respectfully files this Notice of Change of Address.

Respectfully submitted,

June 8, 2022
DATE

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA ID #319217