IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Harry L. Sharp | ) | |
| Beth A. Sharp, | ) | Case No. 18-21581 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Harry L. Sharp, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 4925 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Pilot Travel Centers and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 1, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Pilot Travel Centers
Attn: Garnishment
Po Box 10146
Knoxville, TN 37939

Harry L. Sharp
107 Fairview Ave.
Masontown, PA 15461

**Served by CM/ECF Mail:**
Ronda J. Winnecour, Trustee

Date of Service: August 1, 2022          /s/ Abagale Steidl
                                         Abagale Steidl, Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         asteidl@steidl-steinberg.com