2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-21581-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Harry L. Sharp<br>107 Fairview Ave.<br>Masontown PA 15461 | Beth A. Sharp<br>4863 National Pike<br>Markleysburg PA 15459 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 | Nationstar Mortgage LLC<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/03/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21581-CMB |
| Harry L. Sharp | Chapter 13 |
| Beth A. Sharp | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 01, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15403676 | Email/Text: SERVICINGMAILHUB@flagstar.com | Sep 02 2022 00:31:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 03, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Sep 01, 2022     Form ID: trc     Total Noticed: 1

on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Maria Miksich

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8