IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21581 CMB |
| | ) | Chapter 13 |
| Harry L. Sharp | ) | |
| Beth A. Sharp, | ) | Docket No. |
| *Debtor* | ) | |

### NOTICE OF CHANGE OF ADDRESS FOR WIFE DEBTOR

AND NOW, comes the Wife Debtor, Beth A. Sharp, by and through her attorney Abagale Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. The Wife Debtor, Beth A. Sharp, had been living at 4863 National Pike, Markleysburg, PA 15459.

2. The Wife Debtor has since moved and her new address is 4817 Compressor Station Rd, Bruceton Mills, WV 26525.

WHEREFORE, the Wife Debtor, Beth A. Sharp, respectfully files this Notice of Change of Address.

Respectfully submitted,

January 10, 2023                    /s/ Abagale Steidl
DATE                                Abagale Steidl, Esquire
                                    Attorney for the Debtors
                                    STEIDL & STEINBERG
                                    707 Grant Street
                                    Suite 2830
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    asteidl@steidl-steinberg.com
                                    PA ID #319217