UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  HARRY L. SHARP<br>BETH A. SHARP<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  HARRY L. SHARP<br>BETH A. SHARP<br><br>    Respondents | Case No. 18-21581CMB<br><br>Chapter 13<br><br>Document No. 71 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 12th day of April, 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pilot Travel Centers Llc
Attn : Payroll Manager
Po Box 10146
Knoxville, TN 37939

is hereby ordered to immediately terminate the attachment of the wages of HARRY L. SHARP, social security number XXX-XX-4925. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HARRY L. SHARP.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

*Carlota M. Böhm* /dmk

UNITED STATES BANKRUPTCY JUDGE

FILED
4/12/23 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Harry L. Sharp  
Beth A. Sharp  
    Debtors

Case No. 18-21581-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 12, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | + | Beth A. Sharp, 4817 Compressor Station Rd, Bruceton Mills, WV 26525-6425 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

**Name**      **Email Address**

Abagale E. Steidl  
    on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Abagale E. Steidl  
    on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Brian Nicholas  
    on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com logsecf@logs.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9