IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Harry Sharp ) | Case No. 18-21581 CMB |
| Beth Sharp ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No.  79 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | **ENTERED BY DEFAULT** |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Alarm Monitoring Systems of Uniontown, ) | |
| Alliance One, AmeriHome Mortgage Co., AmeriCredit ) | |
| Financial, Avon, Cavalry Portfolio Services, Children's ) | |
| Community Pediatrics, Credit Acceptance, Credit ) | |
| Collection Services, Dental First Financial/Comenity ) | |
| Bank, Fidelity Collections, GM Financial, Global Credit ) | |
| Collections, Home Depot Credit Card, JP Recovery ) | |
| Services, Lakeview Loan Servicing, LVNV Funding, ) | |
| MRS BPO LLC, Midland Funding, NationStar ) | |
| Mortgage, One Main Financial, PRA Receivables ) | |
| Management, PA Dept. of Revenue, Portfolio Recovery ) | |
| Assoc., Quantum3 Group, UPMC Health Services, ) | |
| Uniontown Hospital Patient Payments, ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this ____5th____ day of _____July_____, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $2,145.00.00 for work performed in the Chapter 13 case by Debtor's counsel from March 13, 2018, to June 6, 2023.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

fees in this case for Debtor's counsel is $6,145.00, with the total to be paid through the Plan by the Trustee being up to $5,535.00 (representing the $3,390.00 previously approved to be paid (as set forth above), and a remaining amount up to $2,145.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $2,145.00

_____
Carlota M. Böhm                                dmk
United States Bankruptcy Court Judge

FILED
7/5/23 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-21581-CMB
Harry L. Sharp  Chapter 13
Beth A. Sharp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 2
Date Rcvd: Jul 05, 2023   Form ID: pdf900   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | + | Beth A. Sharp, 4817 Compressor Station Rd, Bruceton Mills, WV 26525-6425 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 07, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:

**Name**  **Email Address**

Abagale E. Steidl
    on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Abagale E. Steidl
    on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Brian Nicholas
    on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Christopher A. DeNardo
                on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Lorraine Gazzara Doyle
                on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  logsecf@logs.com

Maria Miksich
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 9