**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HARRY L. SHARP<br>BETH A. SHARP<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21581<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/23/2018 and confirmed on 6/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,154.00 |
| Less Refunds to Debtor | 9,753.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,400.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,535.00 | |
|   Trustee Fee | 4,702.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,237.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 32,594.12 | 0.00 | 32,594.12 |
|     Acct: 6676 | | | | |
|   MIDFIRST BANK | 68.56 | 68.56 | 0.00 | 68.56 |
|     Acct: 6676 | | | | |
|   CREDIT ACCEPTANCE CORP* | 9,238.30 | 9,238.30 | 1,522.92 | 10,761.22 |
|     Acct: 7299 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 25,015.27 | 25,015.27 | 3,988.80 | 29,004.07 |
|     Acct: 5057 | | | | |
|   ONE MAIN FINANCIAL(*) | 1,485.04 | 1,485.04 | 73.32 | 1,558.36 |
|     Acct: 8176 | | | | |
| | | | | 73,986.33 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARRY L. SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARRY L. SHARP | 9,753.74 | 9,753.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,145.00 | 2,145.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-23 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALARM MONITORING SYSTEMS OF UNIOI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3086 | | | | |
|   MIDLAND FUNDING LLC | 556.83 | 556.83 | 0.00 | 556.83 |
|     Acct: 9996 | | | | |
|   AVON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 651.24 | 651.24 | 0.00 | 651.24 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8022 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 574.41 | 574.41 | 0.00 | 574.41 |
| | Acct: 5127 | | | | |
| | CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3028 | | | | |
| | CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1134 | | | | |
| | CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1491 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 1,518.08 | 1,518.08 | 0.00 | 1,518.08 |
| | Acct: 5890 | | | | |
| | FIDELITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1751 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 724.32 | 724.32 | 0.00 | 724.32 |
| | Acct: 4412 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2144 | | | | |
| | JP RECOVERY SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4618 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,142.88 | 1,142.88 | 0.00 | 1,142.88 |
| | Acct: 7035 | | | | |
| | MIDLAND FUNDING LLC | 994.23 | 994.23 | 0.00 | 994.23 |
| | Acct: 6887 | | | | |
| | MIDLAND FUNDING LLC | 560.90 | 560.90 | 0.00 | 560.90 |
| | Acct: 7003 | | | | |
| | MIDLAND FUNDING LLC | 685.26 | 685.26 | 0.00 | 685.26 |
| | Acct: 2832 | | | | |
| | MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0622 | | | | |
| | MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8389 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 432.72 | 432.72 | 0.00 | 432.72 |
| | Acct: 8804 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,335.39 | 1,335.39 | 0.00 | 1,335.39 |
| | Acct: 0984 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0840 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8544 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0875 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1807 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8804 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 9,176.26 |

TOTAL PAID TO CREDITORS                                                                                              83,162.59

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 35,807.17 |
| UNSECURED | 9,176.26 |

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   HARRY L. SHARP
   BETH A. SHARP
        Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:18-21581

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21581-CMB
Harry L. Sharp     Chapter 13
Beth A. Sharp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 28, 2023     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | + | Beth A. Sharp, 4817 Compressor Station Rd, Bruceton Mills, WV 26525-6425 |
| 14818057 | + | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14818058 | | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14818060 | | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14818063 | + | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14818069 | | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14818084 | + | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 28 2023 23:37:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14831035 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 28 2023 23:37:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14861644 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 28 2023 23:37:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14818059 | ^ | MEBN | Aug 28 2023 23:28:11 | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14818061 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 23:39:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14818062 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 23:39:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14819561 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 23:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14819562 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2023 23:36:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14818064 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2023 23:36:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818065 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 28 2023 23:39:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14818067 | + | Email/Text: ccusa@ccuhome.com | Aug 28 2023 23:36:00 | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14818068 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 18-21581-CMB   Doc 87   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 28 2023 23:38:00 | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818071 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 28 2023 23:37:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14818070 | + | Email/Text: bankruptcy@affglo.com | Aug 28 2023 23:38:00 | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14818072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:20 | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14818074 | ^ | MEBN | Aug 28 2023 23:28:11 | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15388377 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 28 2023 23:37:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14818075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:03:03 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14870571 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:39 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14818079 | ^ | MEBN | Aug 28 2023 23:28:59 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 15606333 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 29 2023 00:02:58 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14818076 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14864351 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15511238 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2023 23:37:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14818081 | + | Email/PDF: cbp@omf.com | Aug 29 2023 00:31:33 | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14857453 | | Email/PDF: cbp@omf.com | Aug 29 2023 00:03:13 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14818082 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:40:41 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14870057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:02:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14819087 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 28 2023 23:40:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14818073 | | Email/Text: signed.order@pfwattorneys.com | Aug 28 2023 23:36:00 | Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14863907 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14818087 | ^ | MEBN | Aug 28 2023 23:30:00 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 40 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | Cenlar FSB as servicer for AmeriHome Mortgage Comp |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859621 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824673 | *+ | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14824674 | * | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14824675 | *+ | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14824676 | * | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14824677 | *+ | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14824678 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14824679 | *+ | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14824680 | *+ | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818066 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824681 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824682 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824683 | *+ | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14824684 | *+ | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824685 | * | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14824687 | *+ | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14824686 | *+ | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14824688 | *+ | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14824690 | *+ | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15395652 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15403676 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14824691 | *+ | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14818080 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824695 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824696 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14818077 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818078 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824692 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824693 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824694 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824697 | *+ | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14818083 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824698 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824699 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824689 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14824703 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818085 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14818086 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824700 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824701 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824702 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 5 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 18-21581-CMB   Doc 87   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 9 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8