| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Harry L. Sharp<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4925<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Beth A. Sharp<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5824<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–21581–CMB | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Harry L. Sharp
aka Harry Leo Sharp

Beth A. Sharp
aka Beth Ann Sharp

10/13/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21581-CMB
Harry L. Sharp     Chapter 13
Beth A. Sharp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Oct 13, 2023     Form ID: 3180W     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | + | Beth A. Sharp, 4817 Compressor Station Rd, Bruceton Mills, WV 26525-6425 |
| 14818057 | + | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14818058 | | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14818060 | | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14818063 | + | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14818069 | | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14818084 | + | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Oct 14 2023 03:53:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14831035 | | EDI: PHINAMERI.COM | Oct 14 2023 03:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14861644 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 14 2023 00:06:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14818059 | ^ | MEBN | Oct 13 2023 23:55:44 | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14818061 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14818062 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry Portfolio Services, 500 Summit Lake |

Case 18-21581-CMB   Doc 91   Filed 10/15/23   Entered 10/16/23 00:24:22   Desc Imaged
                             Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14819561 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14819562 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2023 00:05:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14818064 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2023 00:05:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818065 | + | EDI: CCS.COM | Oct 14 2023 03:53:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14818067 | + | EDI: CCUSA.COM | Oct 14 2023 03:53:00 | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14818068 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818071 | + | EDI: PHINAMERI.COM | Oct 14 2023 03:53:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14818070 | + | Email/Text: bankruptcy@affglo.com | Oct 14 2023 00:07:00 | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14818072 | + | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14818074 | ^ | MEBN | Oct 13 2023 23:55:42 | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15388377 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 14 2023 00:06:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14818075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:49 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14870571 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:10:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14818079 | ^ | MEBN | Oct 13 2023 23:55:53 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 15606333 | + | EDI: AISMIDFIRST | Oct 14 2023 03:53:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14818076 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14864351 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15511238 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 14 2023 00:06:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14818081 | + | EDI: AGFINANCE.COM | Oct 14 2023 03:53:00 | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14857453 | | EDI: AGFINANCE.COM | Oct 14 2023 03:53:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14818082 | | EDI: PRA.COM | Oct 14 2023 03:53:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14870057 | | EDI: PRA.COM | Oct 14 2023 03:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14819087 | + | EDI: RECOVERYCORP.COM | Oct 14 2023 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 18-21581-CMB    Doc 91    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14818073 | | Email/Text: signed.order@pfwattorneys.com | Oct 14 2023 00:06:00 | Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14863907 | | EDI: Q3G.COM | Oct 14 2023 03:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14818087 | ^ | MEBN | Oct 13 2023 23:55:24 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | Cenlar FSB as servicer for AmeriHome Mortgage Comp |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859621 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824673 | *+ | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14824674 | * | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14824675 | *+ | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14824676 | * | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14824677 | *+ | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14824678 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14824679 | *+ | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14824680 | *+ | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818066 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824681 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824682 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824683 | *+ | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14824684 | *+ | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824685 | * | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14824687 | *+ | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14824686 | *+ | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14824688 | *+ | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14824690 | *+ | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15395652 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15403676 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14824691 | *+ | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14818080 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824695 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824696 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14818077 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818078 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824692 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824693 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824694 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824697 | *+ | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14818083 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824698 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824699 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824689 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14824703 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818085 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

Case 18-21581-CMB    Doc 91    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 42 |

| 14818086 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824700 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824701 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824702 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 5 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9