**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
HARRY L. SHARP
BETH A. SHARP
     Debtor(s)

Ronda J. Winnecour
     Movant
  vs.
No Repondents.

Case No.:18-21581

Chapter 13

Related to Doc. No. 85

## ORDER OF COURT

AND NOW, this 13th day of October, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_Carlota M. Böhm_  jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
10/13/23 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                            Case No. 18-21581-CMB

Harry L. Sharp                                                                                                             Chapter 13

Beth A. Sharp

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                  User: auto                                                   Page 1 of 4

Date Rcvd: Oct 13, 2023                                  Form ID: pdf900                                 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry L. Sharp, 107 Fairview Ave., Masontown, PA 15461-2003 |
| jdb | + | Beth A. Sharp, 4817 Compressor Station Rd, Bruceton Mills, WV 26525-6425 |
| 14818057 | + | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14818058 | | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14818060 | | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14818063 | + | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14818069 | | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14818084 | + | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:06:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14831035 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:06:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14861644 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 14 2023 00:06:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14818059 | ^ | MEBN | Oct 13 2023 23:55:46 | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14818061 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14818062 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14819561 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14819562 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2023 00:05:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14818064 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2023 00:05:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818065 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 14 2023 00:08:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14818067 | + | Email/Text: ccusa@ccuhome.com | Oct 14 2023 00:05:00 | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14818068 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 18-21581-CMB   Doc 92   Filed 10/15/23   Entered 10/16/23 00:24:22   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 14 2023 00:07:00 | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818071 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:06:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14818070 | + | Email/Text: bankruptcy@affglo.com | Oct 14 2023 00:07:00 | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14818072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2023 00:21:05 | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14818074 | ^ | MEBN | Oct 13 2023 23:55:41 | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15388377 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 14 2023 00:06:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14818075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:36 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14870571 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14818079 | ^ | MEBN | Oct 13 2023 23:55:55 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 15606333 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 14 2023 00:21:10 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14818076 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14864351 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15511238 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 14 2023 00:06:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14818081 | + | Email/PDF: cbp@omf.com | Oct 14 2023 00:21:29 | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14857453 | | Email/PDF: cbp@omf.com | Oct 14 2023 00:09:35 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14818082 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2023 00:09:50 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14870057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2023 00:31:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14819087 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 14 2023 00:09:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14818073 | | Email/Text: signed.order@pfwattorneys.com | Oct 14 2023 00:06:00 | Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14863907 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2023 00:07:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14818087 | ^ | MEBN | Oct 13 2023 23:55:21 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 40 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | Cenlar FSB as servicer for AmeriHome Mortgage Comp |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859621 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824673 | *+ | Alarm Monitoring Systems of Uniontown, 60D Lebanon Avenue, Uniontown, PA 15401-4190 |
| 14824674 | * | Alliance One, PO Box 19460, Dept 114165(2), Phoenixville, PA 19460 |
| 14824675 | *+ | Amerihome Mortgage Company, LLC, PO Box 77404, Trenton, NJ 08628-6404 |
| 14824676 | * | Avon, PO Box 105541, Atlanta, GA 30348-5541 |
| 14824677 | *+ | Cavalry Portfolio Service, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14824678 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14824679 | *+ | Children's Community Pediatric, Central Billing Office, Pine Center, Suite 450, 11279 Perry Highway, Wexford, PA 15090-9381 |
| 14824680 | *+ | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 14818066 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824681 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824682 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14824683 | *+ | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14824684 | *+ | Dental First Financial/ Comenity Bank, c/o Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824685 | * | Fidelity Collections, 855 S. Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 14824687 | *+ | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14824686 | *+ | Global Credit Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14824688 | *+ | Home Depot Credit Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14824690 | *+ | JP Recovery Services, Inc., PO Box 16749, Rocky River, OH 44116-0749 |
| 15395652 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15403676 | * | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14824691 | *+ | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 1269, Greenville, SC 29602-1269 |
| 14818080 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824695 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14824696 | *+ | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14818077 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14818078 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824692 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824693 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824694 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14824697 | *+ | One Main Financial, Fayette Crossing Shopping Center, 219 Walmart Drive, Suite C, Uniontown, PA 15401-8423 |
| 14818083 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824698 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824699 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14824689 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Ian Winograd, Esq., Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14824703 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14818085 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14818086 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824700 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824701 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |
| 14824702 | *+ | Uniontown Hospital Patient Payments, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 5 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023　　　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Beth A. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Harry L. Sharp asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9